IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-636-CV





E. WAYNE BACHUS,



 APPELLANT


vs.





TAX APPRAISAL DISTRICT OF BELL COUNTY,



 APPELLEE



 




FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT



NO. 133,391-C, HONORABLE DON V. HAMMOND, JUDGE PRESIDING



 




PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.



[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Appellant's Motion

Filed: June 23, 1993

[Do Not Publish]